CROSBY *et al. v.* WOOTEN.

FISH, C. J. The judge did not abuse his discretion in granting an interlocutory injunction. *Judgment affirmed. All the Justices concur.*
AUGUST 16, 1917.

Injunction. Before Judge Highsmith. Appling superior court. August 7, 1916.

*Padgett & Watson,* for plaintiffs in error. *S. D. Dell,* contra.